303

**No. 62831.**—Metallurg, Inc. *v.* United States, protest 58/757 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 11, 1959

**No. 62832.**—Ross Products, Inc. *v.* United States, protest 58/838 (New York).

Opinion by JOHNSON, J.   At the trial, the plaintiff abandoned all claims, except as to the porcelain switch plates identified by Nos. J3010 and J3011 on the invoice.   The official papers were received in evidence including the collector's memorandum, which states that the merchandise would now be properly classified, as claimed.   On the record presented, the protest was sustained as to the above numbers.   Abstract 60629 followed.

**No. 62833.**—Paramount Import & Export Co. *v.* United States, protest 278471–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.

**No. 62834.**—Joseph Markovits, Inc. *v.* United States, protest 314105–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issue herein is similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.